UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

ALBERT RUSSO
CN 4853
Trenton, New Jersey  08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

  AMARYLLIS A LOQUELLANO

                                        Debtor(s)

Case No. 08-20858

Judge: KATHRYN C FERGUSON

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Albert Russo, Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the court in the amount of $5,030.00, payable to the Clerk, United States Bankruptcy Court.  The parties entitled to said funds are listed below together with their last known address.

| PAYEE<br>NAME AND ADDRESS | AMOUNT |
|---|---|
| FOR AMARYLLIS A LOQUELLANO<br>51 RIDGE ROAD<br>SAYREVILLE  NJ  08872 | $5,030.00 |

Date:  05/20/10

/ S /
_____
Albert Russo
Standing Chapter 13 Trustee